UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:26-CV-00047-CHB-EBA

COMMONWEALTH OF KENTUCKY,                                              PLAINTIFF,

V.                                         **ORDER**

QCX LLC, *et al.*,                                                    DEFENDANTS.

*** *** *** ***

Upon agreement of the parties, as evidenced in the proposed agreed order for an extension of time for Defendants to file a responsive pleading to the Complaint, [R. 19], and being advised,

**IT IS ORDERED** that Defendants, QCX LLC, Blockratize Inc., QC Clearing LLC, and QC Tech LLC, shall have to and including **August 5, 2026,** to file a responsive pleading to the Complaint.

Signed July 20, 2026.



Signed By:

Edward B. Atkins

United States Magistrate Judge